**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| JACQUELYN CRAMER, | : | No. 83 WM 2020 |
| | : | |
| Petitioner | : | Emergency Application for |
| | : | Extraordinary Relief Pursuant to |
| | : | Rule 3309, 42 Pa. C.S. § 726 and |
| v. | : | King's Bench Powers |
| | : | |
| | : | |
| KATHY BOOCKVAR, IN HER CAPACITY | : | |
| AS SECRETARY OF THE | : | |
| COMMONWEALTH OF PENNSYLVANIA; | : | |
| AND JESSICA MATHIS, IN HER | : | |
| CAPACITY AS DIRECTOR OF THE | : | |
| BUREAU OF ELECTION SERVICES AND | : | |
| NOTARIES OF THE PENNSYLVANIA | : | |
| DEPARTMENT OF STATE, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW,** this 30th day of September, 2020, Petitioner's Application for Leave to
File a Reply In Support of Petitioner's Emergency Application for Extraordinary Relief is
**GRANTED**, and Petitioner's Emergency Application for Extraordinary Relief is **DENIED**.